**File Hashes for IP Address 162.228.117.247**

**ISP:** AT&T Internet Services
**Physical Location:** Escondido, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/03/2016 23:10:11 | 97ECC7B87100DE5FFA448929CEDE8EBE7273C555 | A Perfect Match |
| 06/04/2016 21:31:00 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 05/22/2016 22:04:11 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 05/22/2016 22:02:41 | 1A44F938F9E34A86F83E4AD47EDB272E0B9AF2A3 | X-art Unauthorized Pack 1A44F93 |
| 05/22/2016 22:00:57 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 04/25/2016 04:19:26 | FF917FFE197BB0A95BF5D2D87C3EA8BD365C24ED | Nina Needs It Now |
| 03/13/2016 00:25:47 | 44EDC9FCC92975700DA5F929B827A5BEE2277CEB | Two Cocks In Karla |
| 02/27/2016 06:54:16 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 02/01/2016 12:50:04 | A1E23EBC120122B1DFD1DFB9014967301301D241 | X-art Unauthorized Pack A1E23EB |
| 02/01/2016 05:21:27 | 1D6F539EC6A8C279347D0D627088FC8D8D3850FB | Lying Around |
| 02/01/2016 05:18:54 | 407A286EB7936B0DD69DAC5D9389CF339334285D | Among the Wildflowers |
| 02/01/2016 05:18:43 | 586CB6355714B812DA80B61180C2AD75C7BDD7FE | All About Anna |
| 02/01/2016 05:17:19 | 3C6020030E91336AB53F57BDECBC18F991C87A77 | California Surf Fever |
| 01/18/2016 02:38:25 | 5B57E3F63F3218EC2512000E233BD39524EF5F0D | Hot In Here |
| 01/18/2016 01:53:13 | C590C462CF6163E36818AA94101F02C6E8B669B9 | X-art Unauthorized Pack C590C46 |
| 12/31/2015 06:05:17 | 50DBA7FAC7572CF3CAD78489F6FEFB325DF8A2E9 | Xmas Cums Once A Year |
| 11/29/2015 02:37:19 | 3844401DD5139F94CA8A838A5335975B84F7D055 | Slow Motion |
| 11/28/2015 22:59:58 | 34D40726CF379E71073D84E84B65D795581C8356 | Caprice Four Ways |
| 10/31/2015 18:42:56 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 10/04/2015 22:29:51 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 10/04/2015 18:40:34 | 7BD7EE3B8459733758DDF27595FB74EE40455BC9 | In Love With Little Caprice |
| 10/04/2015 18:40:25 | E5DFF39912F7C63B45C8AE3837E0D3CF2918DD13 | Puffy Nipple Lovers |

EXHIBIT A

**Total Statutory Claims Against Defendant: 36**