## AFFIDAVIT OF SERVICE

| Case: 3:16-cv-01907-MMA-AGS | Court: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | County: | Job: 1254929 |
|---|---|---|---|
| Plaintiff / Petitioner: MALIBU MEDIA, LLC | | Defendant / Respondent: MICHAEL LODMAN | |
| Received by: | | For: HENRIK MOSESI, ESQ. (SBN 189672) | |
| To be served upon: Michael Lodman aka James Michael Lodman | | | |

I, ZACHARY KNOX, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Michael Lodman aka James Michael Lodman, Home: 3073 Donee Deigo Drive, Escondido, CA 92025
Manner of Service:   Personal/Individual, Feb 19, 2017, 8:40 pm PST
Documents:   Summons and Complaint

### Additional Comments:
1) Successful Attempt: Feb 19, 2017, 8:40 pm PST at Home: 3073 Donee Deigo Drive, Escondido, CA 92025 received by Michael Lodman aka James Michael Lodman. Age: 54; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Eyes: Brown;

_____   2/20/17
ZACHARY KNOX (San Diego County / # 3116)   Date

Lightning Legal Process Service LLC
4 Embarcadero Center, 14th floor
San Francisco, CA 94111
Phone: 415-624-7747